**Order entered October 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01269-CV

### TIFFANY LYNN FRASER, Appellant

### V.

### TIMOTHY PURNELL, AS INDEPENDENT EXECUTOR, ESTATE OF TOMMY ARTHUR PURNELL, DECEASED, Appellee

**On Appeal from the County Probate Court**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-00927-1**

## ORDER

Because the clerk's record filed electronically October 16, 2013 is defective, and a corrected record was filed October 23, 2013, we **STRIKE** the October 16th record from the record of this cause.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE